C. KIRTLAND MORSE, Appellant, v. ARTHUR B. HARRISON, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HOELL, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO MASTRANGELO, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH McDONALD and THOMAS J. ALGER, Appellants.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE YOUHAS, Respondent.— Appeal withdrawn in open court on consent. Present— Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTEMAS W. BOSSARD, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.